SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

450 Golden Gate Ave. 11th Floor
San Francisco, Ca. 94102
Telephone: (415) 436-7223

Attorney for Applicant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CRIMINAL NO.  CR 07-0645 MMC |
|---|---|
| Plaintiff, | |
| v. | **PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| EDWARD LEROY MOORE, | |
| Defendant. | |

TO:   The Honorable MAXINE M. CHESNEY, United States District Court Judge of the United States District Court for the Northern District of California:

Assistant United States Attorney Barbara Brennan Silano respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner EDWARD LEROY MOORE, whose place of custody and jailor are set forth in the requested Writ, attached hereto.  The prisoner is required as the defendant in the above

\\\

\\\

\\\

\\\

\\\

PETITION AND WRIT

1 | entitled matter in this Court and, therefore petitioner prays that this Court issue the Writ
2 | as presented.
3 |
4 |                                    Respectfully submitted,
5 |                                    SCOTT N. SCHOOLS
6 |
7 |                                    United States Attorney
                                        Northern District of California
8 |
9 | DATED: January 3, 2008
10|                                    BARBARA BRENNAN SILANO
                                        Assistant United States Attorney
11|
12|
13| SO ORDERED.
14| DATED:                             _____
15|                                    HON. MAXINE M. CHESNEY
                                        United States District Court Judge

PETITION AND WRIT                                                                              2

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FREDIRICO ROCHA, United States Marshal, Northern District of California and/or any of his authorized deputies. Jailor, Warden, Sheriff of Marin County, or Warden of San Quentin or any California Department of Corrections Facility:

<u>GREETING</u>

WE COMMAND that on, January 16, 2008 at 9:30 a.m., or as soon as practicable, you have and produce the body of this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner EDWARD LEROY MOORE, DOB 02/07/1959, CII A06194241, FBI 223963T1, CDC F90709 in your custody in California Department of Corrections Facility, San Quentin, or any other California or County Department of Corrections Institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Elizabeth D. Laporte, 15th floor in order that EDWARD MOORE may appear to be arraigned on the indictment and thereafter, appear in the Courtroom of Maxine M. Chesney, 17th Floor, in order that, EDWARD MOORE, may then appear for hearing upon the charges heretofore filed against him in the above entitled Court and to abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

\\\

\\\

PETITION AND WRIT                                                                                               3

1 | WITNESS the Honorable Maxine M. Chesney, United States District Court Judge,
2 | United States District Court for the Northern District of California.
3 |
4 | DATED:                           CLERK, UNITED STATES DISTRICT COURT
                                     NORTHERN DISTRICT OF CALIFORNIA
5 |
6 |
                        By:   _____
7 |                              DEPUTY CLERK