1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

**E-Filing**

2

3 | BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

4 | BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

5

6 | 450 Golden Gate Ave. 11th Floor
San Francisco, Ca. 94102
Telephone: (415) 436-7223

7

8 | Attorney for Applicant

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,           )   CRIMINAL NO. CR 07-0645 MMC

13 |               Plaintiff,            )

14 |               v.                    )   **PETITION FOR AND WRIT
                                          )   OF HABEAS CORPUS AD
15 | EDWARD LEROY MOORE,                 )   PROSEQUENDUM**

16 |               Defendant.            )

17 | _____)

18

19 | TO:    The Honorable MAXINE M. CHESNEY, United States District Court
               Judge of the United States District Court for the Northern District of
               California:

20

21 | Assistant United States Attorney Barbara Brennan Silano respectfully requests that

22 | this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner

23 | EDWARD LEROY MOORE, whose place of custody and jailor are set forth in the

24 | requested Writ, attached hereto. The prisoner is required as the defendant in the above

25 | \\\

26 | \\\

27 | \\\

28 | \\\

\\\

PETITION AND WRIT

1 │ entitled matter in this Court and, therefore petitioner prays that this Court issue the Writ

2 │ as presented.

3

4 │                            Respectfully submitted,

5 │                            SCOTT N. SCHOOLS

6

7 │                            United States Attorney
   │                            Northern District of California

8

9 │ DATED: January 3, 2008

10 │                            BARBARA BRENNAN SILANO
    │                            Assistant United States Attorney

11

12 │ SO ORDERED.

13

14 │ DATED:  January 7, 2008

15 │                            HON. MAXINE M. CHESNEY
    │                            United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION AND WRIT                                                            2

1

2

3            THE PRESIDENT OF THE UNITED STATES OF AMERICA

4

5    TO:        FREDIRICO ROCHA, United States Marshal, Northern District of
                California and/or any of his authorized deputies. Jailor, Warden, Sheriff of
6               Marin County, or Warden of San Quentin or any California Department of
                Corrections Facility:
7
                                        GREETING
8

9        WE COMMAND that on, January 16, 2008 at 9:30 a.m., or as soon as practicable, you

10   have and produce the body of this Court issue a Writ of Habeas Corpus Ad

11   Prosequendum for the person of prisoner this Court issue a Writ of Habeas Corpus Ad

12   Prosequendum for the person of prisoner EDWARD LEROY MOORE, DOB 02/07/1959,

13   CII A06194241, FBI 223963T1, CDC F90709 in your custody in California Department

14   of Corrections Facility, San Quentin, or any other California or County Department of

15   Corrections Institution, before the United States District Court in and for the Northern

16   District of California, in the Courtroom of the Honorable Elizabeth D. Laporte, 15th floor

17   in order that EDWARD MOORE may appear to be arraigned on the indictment and

18   thereafter, appear in the Courtroom of Maxine M. Chesney, 17th Floor, in order that,

19   EDWARD MOORE, may then appear for hearing upon the charges heretofore filed

20   against him in the above entitled Court and to abide by such order of the above-entitled

21   Court as shall thereafter be made concerning the custody of said prisoner, and further to

22   produce said prisoner at all times necessary until the termination of the proceedings in

23   this Court;

24       IT IS FURTHER ORDERED that should the local or state custodian release from its

25   custody the above-named person, he be immediately delivered and remanded to the

26   United States Marshal and/or his authorized deputies under this Writ.

27   \\\

28   \\\

PETITION AND WRIT                                                              3

1    WITNESS the Honorable Maxine M. Chesney, United States District Court Judge,

2    United States District Court for the Northern District of California.

3

4    DATED: ┌JAN 0 9 2008          CLERK, UNITED STATES DISTRICT COURT
                                     NORTHERN DISTRICT OF CALIFORNIA
5

6                          By:    _____
7                                      DEPUTY CLERK

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION AND WRIT                                                          4