1  IAN G. LOVESETH (CSBN 085780)
   Attorney at Law
2  819 Eddy Street
   San Francisco, CA
3  Tel: (415) 771-6174
   Fax: (415) 474-3748
4
   Attorney for Defendant
5  SARAH A ROPATI

E-Filing

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                        SAN FRANCISCO DIVISION

9
   UNITED STATES OF AMERICA       )    No. CR-07-00645-MMC
10                                )
                                  )
11         Plaintiff,              )    [~~PROPOSED~~] ORDER PERMITTING
                                  )    DEFENDANTS TO USE MP3
12                                )    AUDIO PLAYERS TO REVIEW
                                  )    DISCOVERY AT GLENN DYER
13   v.                            )    DETENTION FACILITY
                                  )
14   RONALD WILLIAMS, et.al.,      )
                                  )    The Honorable Maxine M. Chesney
15                                )
           Defendants.             )
16   _____ )

17

///
28

1   Finding good cause shown, as discovery has been provided in digital audio format:

2   IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3

3   player in order to review audio discovery at Glenn Dyer Detention Facility, Oakland, CA (North

4   County);

5   RONALD WILLIAMS,

6   JOSE JUAN PENALOZA-HILARIO,

7   SAMUEL ARANDA,

8   MICHAEL JOSEPH SILVA,

9   RONALD LEE HINES,

10  JOSE ANTONIO CAMACHO-MENDEZ,

11  EDWARD LEROY MOORE.

13  IT IS SO ORDERED.

15  Dated:   MAR 1 2 2008

    THE HONORABLE MAXINE M. CHESNEY
    United States District Judge