UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: MAY 07 2008

Case No. CR-07-0645-17 MMC     JUDGE: **Maxine M. Chesney**

EDWARD MOORE
DEFENDANT

Present (✓)  Not Present ( )  In Custody (✓)

BARBARA SILANO
U.S. ATTORNEY

JOHN JORDAN
ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO       Reporter: JAMES YEOMANS

**PROCEEDINGS**

REASON FOR HEARING   Change of Plea - Held.

RESULT OF HEARING   Plea Agreement filed w/Court. Δ pled guilty to Count 13 of Indictment.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
(Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to 8/27/08 @ 2:30 for Judgment & Sentencing / Gov't's motion to Dismiss Count ONE

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(27 min)