

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

YADOR J. HARRELL
*CHIEF U.S. PROBATION OFFICER*

Please reply to:
450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

August 1, 2008

**MEMORANDUM**

The Honorable Maxine M. Chesney
United States District Judge

           **RE:**  **MOORE, Edward Leroy**
               **Docket No. CR 07-0645-17 MMC**

Your Honor:

The above defendant is scheduled for Judgment and Sentencing on August 27, 2008, at 2:30 p.m., before Your Honor. The undersigned officer has yet to receive discovery in this matter. As a result, a draft of the Presentence Investigation Report has not been completed. Further, Assistant United States Attorney Barbara Silano is out of the office until August 15, 2008. It is respectfully requested that Judgment and Sentencing be continued to September 17, 2008, at 2:30 p.m. John Jordan, defense counsel, does not object to this request. AUSA Silano was unavailable.

Please do not hesitate to contact me if Your Honor needs further information. I can be reached at (415) 436-7554.

                 Respectfully submitted,

                 */s/ Chris*

                 **Christina L. Carrubba**
                 United States Probation Officer Specialist

Reviewed and Approved by:

*/s/*

Sheila John
Supervisory United States Probation Officer

cc:  AUSA Barbara Silano
   John Jordan, defense counsel