# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Docket Number: CR 07-00645-17 MMC |
| Edward L. Moore | ) |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _August 27, 2008_ be continued until _September 17, 2008_ at _2:30 p.m._ .

Date: **AUG X 1 2008**

Maxine M. Chesney
United States District Judge