1  JOHN J. JORDAN, ESQ. (State Bar No. 175678)
   400 Montgomery Street, Suite 200
2  San Francisco, CA 94104
   Tel: (415) 391-4814
3  Fax: (415) 391-4308

4  Counsel for Defendant
   EDWARD L. MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0645 MMC |
| ) | |
| Plaintiff, ) | **STIPULATION AND PROPOSED** |
| vs. ) | **ORDER CONTINUING SENTENCING** |
| ) | **HEARING** |
| EDWARD L. MOORE, ) | |
| ) | |
| ) | No Hearing Requested |
| Defendant. ) | |
| _____ ) | |

The defendant, Edward L. Moore, through counsel of record, hereby moves this Court to continue the date of defendant's sentencing one week from September 17, 2008 until September 24, 2008, or whatever date thereafter is convenient to the Court, to allow sufficient time for the defendant to review and respond to the preliminary 35-day pre-sentence received from the probation department.

AUSA Silano has no objection to this request and is available on September 24, 2008. The probation department has been notified on this pending request.

1. The defendant has pled guilty to possession with intent to distribute heroin, in violation of 21 U.S.C. section 841(a)(1).

2. On August 29, 2008, the United States Probation Department provided the defendant's counsel with the 35 day pre-sentence report. However, because of the 3-day weekend and counsel's schedule, counsel could not see the defendant and confer with him until September 3, 2008. Mr. Moore is currently reviewing the report in detail and counsel will confer

Stipulated Continuance                    1

1  with him again in the next several days.

2      3.    On September 3, 3008, counsel for Moore submitted a letter of proposed

3  corrections and objections to the probation officer, and is currently researching an issue regarding

4  the defendant's criminal history.  In light of the tightness of the current schedule, counsel asks

5  the court to continue the sentence an additional seven days.  This continuance will allow counsel

6  to complete the legal research, confer with Moore, and submit final objections to the probation

7  department, then allow the probation department time to consider the defendant's position before

8  issuing the final report.

9      4. On September 4, 2008, AUSA Silano informed counsel that she had no objection to

10  this request, and that she is available on the proposed date of September 24, 2008.

11      5. On September 3, 2008, counsel for defendant Moore sent a letter by facsimile to

12  the probation officer, informing her that counsel would file a motion today to continue the

13  sentencing date.

14      6. On September 3, 2008, counsel and defendant Moore discussed moving the

15  sentencing date and Moore specifically agreed to this request

16      7. As defendant Moore has entered a plea of guilty, the Speedy Trial clock is tolled and

17  there are no speedy trial concerns implicated in this request.

18      8. The parties accordingly ask the Court to continue the matter until September 24, 2008,

19  to allow counsel for the defendant time to respond to the 35-day pre-sentence report.

20      WHEREFORE, the defendant asks this Court to continue the date for defendant's

21  sentencing hearing until September 24, 2008.

22

23                                      /S/
                                    JOHN J. JORDAN
                                    Counsel for Defendant

24                                      EDWARD L. MOORE

25

26