UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0645 MCC |
| | ) | |
| Plaintiff, | ) | ~~(Proposed)~~ **ORDER** |
| vs. | ) | |
| | ) | |
| EDWARD L. MOORE, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

GOOD CAUSE APPEARING, it is ordered that:

~~1.~~ The date for defendant's sentencing hearing shall be continued from September 17, 2008 until September 24, 2008, to allow the defendant sufficient time to prepare for the sentencing hearing.

SO ORDERED.

DATED: September __5__, 2008

_____
Hon. MAXINE M. CHESNEY
United States District Judge